# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

In Re:

        CV 14-982 JB/WPL

NANCY AKBARI-SHAHMIRZADI     *consolidated with*
a/k/a Nancy Jacoby,     CV 14-981 JB/WPL

       Debtor/Appellant

## ORDER

This matter comes before the Court on Appellant Nancy Akbari-Shahmirzadi's ("Akbari") Motion for Emergency Stay (Doc. 2), Chief Magistrate Judge Molzen's Proposed Findings and Recommended Disposition ("PFRD") (Doc. 9), and Akbari's Objections to the PFRD (Doc. 10), filed in *In re Akbari-Shahmirzadi*, CV 14-981 MV/KBM. The motion, PFRD, and objections were filed before the cases were consolidated. As CV 14-981 MV/KBM has been consolidated into the lead case, CV 14-982 JB/WPL, I find that the motion, PFRD, and objections are MOOT because of the January 7, 2015, Order by Judge Browning granting the consent motion to consolidate. There remains a pending motion to reconsider the denial of an emergency stay in CV 14-982 JB/WPL.

IT IS SO ORDERED.

William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.