IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:

NANCY AKBARI-SHAHMIRZADI
a/k/a Nancy Jacoby,

        Debtor/Appellant.

No. CIV 14-0982 JB/WPL
*consolidated with*
No. CIV 14-0981 JB/WPL

## ORDER DENYING MOTION FOR LEAVE TO FILE AMENDED BRIEF

This matter comes before me on debtor/appellant Nancy Akbari Shahmirzadi's ("Akbari") Motion for Leave to Amend (Doc. 37). Appellee Leff filed a response (Doc. 39), and Akbari did not reply. Akbari purports to file her motion to amend pursuant to D.N.M.LR-Civ. 15, but failed to comply with the terms of that rule by not attaching a proposed amended pleading to her motion. Because the motion does not comply with Local Rule 15.1, it is hereby denied.

                                                             _____
                                                             William P. Lynch
                                                             United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.